# Court of Appeals
# of the State of Georgia

ATLANTA,___July 26, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1371. KAPPELMEIER v. PDQ PROPERTY MANAGEMENT, INC. et al.**

Gottfried A. Kappelmeier filed a notice of appeal from an order denying his motion to recuse the trial court judge. In order to appeal a motion to recuse a trial court judge before final judgment has been entered, a party must follow the interlocutory appeal procedure of OCGA § 5-6-34 (b). See *Murphy v. Murphy*, __ Ga. App. __, __ (__ SE2d __) (Case No. A13A0206, decided July 12, 2013). Kappelmeier concedes that his "direct appeal may be invalid without the court below having issued an appropriate certificate of immediate review." Because Kappelmeier failed to follow the interlocutory appeal procedure, we dismiss his appeal for lack of jurisdiction. See *CitiFinancial Svcs. v. Holland*, 310 Ga. App. 480 (713 SE2d 678) (2011) (concluding that appellant's failure to comply with the requisite interlocutory appeal procedures deprived the court of jurisdiction, mandating dismissal of direct appeal).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_07/26/2013_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

 , Clerk.